UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-5170 JGB (KS)                                                  Date: November 7, 2022

Title   *Thurman Wyatt v. B. Lammer, Warden*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Petitioner: n/a          Attorneys Present for Respondent: n/a

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 25, 2022, Petitioner, a federal prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") challenging a sentence imposed in 2010 by the United States District Court for the District of Wisconsin. (Dkt. No. 1 at 2.) On September 16, 2022, Respondent filed a Motion to Dismiss (the "Motion") arguing that the Petition should properly be construed as a Section 2255 motion and should be dismissed because it was filed in the wrong court and is moot. (Dkt. No. 12.)

Pursuant to the Court's scheduling order issued in this action on August 2, 2022, Petitioner's opposition to the Motion was due on or before October 17, 2022. (Dkt. No. 6 at 3; Dkt. No. 12-2 at 1.)

Petitioner's opposition is now three weeks past due. Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting . . . of the motion." Further, pursuant to Federal Rule of Civil Procedure 41(b), an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion and timely comply with the Court's scheduling order.

\\

\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 22-5170 JGB (KS)                                   Date: November 7, 2022

Title     Thurman Wyatt v. B. Lammer, Warden

However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before November 28, 2022** why the action should not be dismissed under Local Rule 7-12 and Federal Rule of Civil Procedure 41(b).  In order to discharge this Order and proceed with this action, Petitioner must file by the November 28, 2022 deadline either:

(1) an opposition to the Motion in compliance with the Local Rules and this Court's scheduling order; or

(2) a request for an extension to file an opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Petitioner's failure to timely respond to the Motion.

Alternatively, Petitioner may discharge this order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Petitioner is cautioned that the failure to timely comply with this order may lead to a recommendation of dismissal based on Local Rule 7-12 and Federal Rule of Civil Procedure 41(b).**

                                                                              :
                                                  **Initials of Preparer**   gr