O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THURMAN WYATT, | ) | NO. CV 22-5170 JGB (KS) |
|     Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN B. LAMMER, | ) | |
|     Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody filed under 28 U.S.C. § 2241, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; and (2) judgment shall be entered dismissing this action without prejudice for Petitioner's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and under Local Rules 7-12 and 41-6 (3).

DATED: February 27, 2023

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE