JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THURMAN WYATT, | ) | NO. CV 22-5170 JGB (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN B. LAMMER, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 27, 2023

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE